

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

*Brooks E. Doyne*　　　　　　　　　　　*970 Broad Street, Suite 700*　　　main: (973) 645-2700
*Assistant United States Attorney*　　　*Newark, NJ 07102*　　　　　　　　direct: (973) 353-6001
　　　　　　　　　　　　　　　　　　　*brooks.doyne@usdoj.gov*

December 22, 2025

**BY ECF**
Honorable Claire C. Cecchi, U.S.D.J
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 0710

　　　　Re:　*Moran-Rodriguez v. Bondi, et al.,* **No. 25-18786**
　　　　　　**Two-Week Extension of Time to Reply**

Dear Judge Cecchi:

　　　　This Office represents Respondents in this habeas matter filed by a noncitizen challenging the legality of his detention by U.S. Immigration and Customs Enforcement ("ICE"). Respondents' answer deadline is currently December 23, 2025. Respondents respectfully request a two-week extension of time to respond to the petition, or until January 6, 2025. This is Respondents' first request for an extension.

　　　　On December 20, 2025, the Court entered an Order to Answer that directed Respondents to file a response to the Petition and a response to the motion for Temporary Restraining Order (TRO) within three (3) days. ECF 3. Good cause exists for this extension because I am the sole Assistant United States Attorney assigned to this matter and additional time is necessary to coordinate with ICE to address Petitioner's factual allegations and gather pertinent documents. Notably, this petition concerns detention under 8 U.S.C. § 1231(a)(5) and not § 1225(b)(2)—the latter of which is litigated and adjudicated on an expedited basis in this District. *See, e.g., Moreira Da Silva v. LaForge*, No. 25-17095 (EP), ECF No. 6 (D.N.J. Nov. 13, 2025) (relying on *Rivera Zumba v. Bondi*, No. 25-14626 (KSH), 2025 WL 2753496 (D.N.J. Sept. 26, 2025). Accordingly, the extension request is consistent with this Court's treatment of cases that do not fall under § 1225(b)(2). Lastly, additional time is necessary as I will be traveling with my family for Christmas.

　　　　Petitioner's counsel, Franklin Montero, Esq., does not consent to this extension request.

　　　　We thank the Court for its attention to this matter.

                        Respectfully submitted,

                        TODD BLANCHE
                        U.S. Deputy Attorney General

                        JORDAN FOX
                        Chief of Staff & Associate Deputy Attorney General
                        Special Attorney

By:   *s/ Brooks E. Doyne*
        BROOKS E. Doyne
        Assistant United States Attorney
        *Attorneys for Respondents*

cc:    Counsel of record (by ECF)

                        SO ORDERED

                          *s/Claire C. Cecchi*
                        CLAIRE C. CECCHI, U.S.D.J.

                        Date:   12/23/2025