TODD BLANCHE
U.S. Deputy Attorney General
JORDAN FOX
Chief of Staff & Associate Deputy
Attorney General
Special Attorney
BROOKS E. DOYNE
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
brooks.doyne@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JORGE MORAN-RODRIGUEZ,<br><br>*Petitioner*,<br><br>v.<br><br>PAMELA BONDI, *et al.*,<br><br>*Respondents*. | HON. CLAIRE C. CECCHI, U.S.D.J.<br><br>Civil Action No. 25-18786 (CCC)<br><br>**CONSENT ORDER FOR**<br>**DISMISSAL** |

This habeas matter having been filed by Petitioner Jorge Moran-Rodriguez under 28 U.S.C. § 2241; and the matter having been rendered moot; and the parties consenting to dismissal with prejudice of the Petition, ECF No. 1; and Petitioner having consented to the form and entry of this Order,

IT IS on this __2__ day of January 2026,

ORDERED that the Petition is DISMISSED WITHOUT PREJUDICE without costs, attorneys' fees, expenses, or any other relief to any party; and it is further

ORDERED that the Clerk of the Clerk shall close this matter.

                                                                  CLAIRE C. CECCHI
                                                                  United States District Judge

We hereby consent to the form and entry of this Order.


*s/ Franklin S. Montero*
FRANKLIN S. MONTERO, ESQ.
Law Offices of Franklin S. Montero
*Attorneys for Petitioner*


TODD BLANCHE
U.S. Deputy Attorney General
JORDAN FOX
Chief of Staff & Associate Deputy
Attorney General
Special Attorney

*s/Brooks E. Doyne*
BROOKS E. DOYNE
Assistant United States Attorney

2